TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
            Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-CV-00015 |
| Plaintiff, | WARRANT |
| v. | |
| $217,285.00 IN U.S. CURRENCY, TWO ROLEX WATCHES AND ONE BREITLING WATCH, | |
| Defendants. | |

   TO:  UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF

   CALIFORNIA:

1     A Complaint for Forfeiture having been filed in this
2 action,
3     IT IS ORDERED that you seize the defendant, $217,285.00 in
4 U.S. Currency, Two Rolex Watches and One Breitling Watch, and
5 cause the same to be detained in your custody, or in the custody
6 of a Substitute Custodian, until further notice of the Court.
7     YOU ARE FURTHER ORDERED to file this process in this Court
8 with your return promptly after execution.
9
10    DATED:  _____
11
12
13                              KIRY K. GRAY, Clerk
14
15                              _____
                                Deputy Clerk
16
17
18
19
20
21
22
23
24
25
26
27
28