Capture # 012-2:2022-CV-00015-2

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:22-cv-00015 RGK (Ex) |
| DEFENDANT<br>$217,285.00 in U.S. Currency, Two Rolex Watches and One Breitling Watch | TYPE OF PROCESS<br>Complaint/Warrant |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

*[Stamp: RECEIVED C/CA U.S. MARSHALS SERVICE 2022 MAR 22 AM 9:06]*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Victor A. Rodgers
312 North Spring Street, 14th Floor
Los Angeles, CA 90012

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please seize the following defendants:
Rolex Datejust Watch SN: CS405695 (CATS ID No. 21-USP-001686);
Rolex Datejust Watch SN: 462312Y2 (CATS ID No. 21-USP-001687); and
Breitling Super Ocean Watch SN: 7093481 (CATS ID No. 21-USP-002257)

Signature of Attorney other Originator requesting service on behalf of:
**VICTOR RODGERS** Digitally signed by VICTOR RODGERS Date: 2022.03.22 13:27:44 -07'00'
[X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: (213) 894-2569
DATE: 3/22/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 12
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk
**MAYRA FORD** Digitally signed by MAYRA FORD Date: 2022.03.23 07:23:52 -07'00'
Date: 3/22/2022

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

Date: 4/4/2022
Time: 3:15 [X] pm

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:
SEIZED (21-USP-001686): ROLEX DATEJUST WATCH SN: CS405695;
(21-USP-001687): ROLEX DATEJUST WATCH SN: 462312Y2; AND
(21-USP-002257): BREITLING SUPER OCEAN WATCH SN: 7093481 AS 2:22-CV-00015 RGK (EX) ON 04/04/2022.

*[Stamp: FILED CLERK, U.S. DISTRICT COURT APR 11 2022 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY]*

Form USM-285
Rev. 03/21