Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
800 Wilshire Blvd., Suite 1050
Los Angeles, California 90017
Telephone: (213) 816-1700
Facsimile: (213) 816-1706
Email: Michael@thefreedmanfirm.com

Attorney for Claimant
MITCHELL MAGEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>$217,285 in United States Currency, Two Rolex Watches, and One Breitling Watch,<br><br>　　　　Defendants. | Case No.: 2:22-CV-00015-RGK-MAR<br><br>**CLAIMANT MITCHELL MAGEE'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

　　　　On January 3, 2022, a Verified Complaint for Forfeiture ("Complaint") was filed by the United States of America seeking the forfeiture of $217,285 in United States Currency, Two Rolex Watches, and One Breitling Watch ("Defendant Assets"). Pursuant to 18 U.S.C. §983(a)(4)(A) and Supplemental Rule G(5) of the Federal Rules of Civil Procedure, Claimant Mitchell Magee ("Claimant") submits this Verified Claim asserting an interest in the entirety of the seized Defendant Assets.

　　　　Claimant is the owner of the seized Defendant Assets, which were seized from his residence, and the source of the funds and assets will be proven in court.

1

VERIFIED CLAIM

As the owner of the currency, Claimant has a legally cognizable interest in the entirety of the Defendant Assets over any and all interests asserted by the government in the Defendant Assets.

    Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits this appearance to asserting and defending his claim. Claimant reserves all right to challenge the in rem jurisdiction of this Court and the propriety of venue in this action.

    Claimant hereby claims Defendant Assets and asserts a superior right, title, and interest in the Defendant Assets.

Dated: April 26, 2022          Respectfully submitted,

                                           */s/ Michael G. Freedman*

                                           Michael G. Freedman
                                           Attorney for Claimant

## VERIFICATION OF CLAIM

I, Mitchell Magee, pursuant to 18 U.S.C. § 1746, attest and declare under the penalty of perjury that my claim to this property is not frivolous, and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_M. M_  
Mitchell Magee (Apr 25, 2022 14:38 PDT)

Mitchell Magee

4/25/22

Date

VERIFIED CLAIM