## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff(s)<br><br>v.<br><br>$217,285.00 in U.S. CURRENCY,<br><br>Defendant(s) | CASE NUMBER<br><br>2:22-CV-0015-RGK-MAR<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Mitchell Magee      ☐ Plaintiff ☐ Defendant ☒ Other   Claimant
_____
*Name of Party*

to substitute   Eric Honig          who is

     ☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

P.O. Box 10327
_____
*Street Address*

Marina del Rey, CA 90205          erichonig@aol.com
*City, State, Zip*                *E-Mail Address*

310-699-8051      310-943-2220      140765
*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record instead of   Michael G. Freedman
_____
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge