# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　　Plaintiff(s)<br><br>　　　　v.<br><br>$217,285.00 in U.S. CURRENCY,<br><br>　　　　　　　　　　　Defendant(s) | CASE NUMBER<br><br>2:22-CV-0015-RGK-MAR<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [15] |

The Court hereby orders that the request of:

Mitchell Magee   ☐ Plaintiff  ☐ Defendant  ☒ Other  Claimant
*Name of Party*

to substitute  Eric Honig                                                                                      who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

P.O. Box 10327
*Street Address*

Marina del Rey, CA 90205                                erichonig@aol.com
*City, State, Zip*                                                        *E-Mail Address*

310-699-8051                    310-943-2220                    140765
*Telephone Number*                *Fax Number*                     *State Bar Number*

as attorney of record instead of  Michael G. Freedman
*List **all** attorneys from same firm or agency who are withdrawing.*


is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  May 13, 2022                              /s/ Gary Klausner
                                                 U.S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (09/17)    ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY