Name and address:
David B. Smith
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, VA 22314

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:22-CV-00015-RGK-MAR |
| v. | |
| $217,285.00 IN U.S. CURRENCY, TWO ROLEX WATCHES, etc | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.  **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.**  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.**  (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Smith, David B.
Applicant's Name (Last Name, First Name & Middle Initial)            check here if federal government attorney ☐

David B. Smith, PLLC
Firm/Agency Name

108 North Alfred Street, 1st FL          703-548-8911                703-548-8935
                                         Telephone Number            Fax Number
Street Address

Alexandria, VA 22314                     dbs@davidbsmithpllc.com
City, State, Zip Code                    E-mail Address

**I have been retained to represent the following parties:**

Mitchell Magee                          ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: claimant
                                        ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:
Name(s) of Party(ies) Represented

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| U.S. District Court, Eastern District of VA | 9/29/1986 | yes |
| U.S. District Court, District of Columbia | 6/1/1987 | yes |
| U.S. Court of Appeals, 4th Circuit | 1/4/1979 | yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  5/24/22

David B. Smith
*Applicant's Name (please type or print)*

David Smith
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Honig, Eric
*Designee's Name (Last Name, First Name & Middle Initial)*

Law Office of Eric Honig
*Firm/Agency Name*

P.O. Box 10327
*Street Address*

Marina del Rey, CA 90295
*City, State, Zip Code*

310-699-8051
*Telephone Number*

310-943-2220
*Fax Number*

erichonig@aol.com
*Email Address*

140765
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated   6/6/22

Eric Honig
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional courts in which applicant is admitted with admission date (all are in good standing):

U.S. District Court, Western District of Virginia (3/8/2012)
U.S. Court of Appeals, DC Circuit
U.S. Court of Appeals, 1st Circuit (2/2/81)
U.S. Court of Appeals, 2nd Circuit (10/28/2013)
U.S. Court of Appeals, 6th Circuit (6/4/1998)
U.S. Court of Federal Claims (2001)
U.S. Tax Court
U.S. Supreme Court (6/30/1980)
Supreme Court of Virginia (9/4/1986)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*David B Smith*

was duly qualified and admitted on September 19, 1986 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 11, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **DAVID BENJAMIN SMITH** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. SMITH WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **SEPTEMBER 4, 1986,** AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued May 17, 2022

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER