# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-CV-00015-RGK-MAR |
| v. | |
| $217,285.00 IN U.S. CURRENCY, TWO ROLEX WATCHES AND ONE BREITLING WATCH | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [19] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Smith, David B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

703-548-8911                703-548-8935
*Telephone Number*      *Fax Number*

dbs@davidbsmithpllc.com
*E-Mail Address*

David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, VA 22314
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Mitchell Magee

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: claimant

and designating as Local Counsel

Honig, Eric
*Designee's Name (Last Name, First Name & Middle Initial)*

140765            310-699-8051          310-943-2220
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

erichonig@aol.com
*E-Mail Address*

Law Office of Eric Honig
P.O. Box 10327
Marina del Rey, CA 90295
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  6/17/2022

*[signature: Gary Klausner]*
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1