UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22–cv–00015–RGK–MAR | Date | 7/18/2022 |
| Title | UNITED STATES OF AMERICA V. $217,285.00 IN U.S. CURRENCY ET AL | | |

Present :  The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Maxwell Coll, AUSA                        Eic Honig


**Proceedings:**      **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 3–4 days): | March 28, 2023 at 09:00 AM |
| Pretrial Conference: | March 13, 2023 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | January 13, 2023 |
| Discovery Cut-Off Date (fact discovery): | December 30, 2022 |

Last day to amend the complaint or add parties is  8/20/2022 . The parties shall participate in ADR  SP1 .

**IT IS SO ORDERED.**

:02
Initials of Preparer:  jre