**DECLARATION OF AUSA MAXWELL COLL**

I, Maxwell Coll, declare as follows:

1. I am one of the Assistant United States Attorneys representing plaintiff United States of America in this action.

2. I held a conference of counsel with claimant's counsel on July 13, 2022, regarding the government's motions to stay this action. We have not been able to resolve our differences.

3. On May 17, 2022, claimant served on the government requests for production. A true and accurate copy of those requests is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 22, 2022.

                                            /s/ *Maxwell Coll*
                                        AUSA MAXWELL COLL