```
 1  STEPHANIE S. CHRISTENSEN
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 6  Assistant United States Attorneys
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2569/1785
 9       Facsimile: (213) 894-0142
         E-mail: Victor.Rodgers@usdoj.gov
10               Maxwell.Coll@usdoj.gov

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| UNITED STATES OF AMERICA, | No. 2:22-cv-00015-RGK-MAR |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF ERRATUM TO GOVERNMENT'S FILING OF NOTICE OF MOTION AND MOTION FOR AN ORDER TO STAY CIVIL FORFEITURE PROCEEDING** |
| $217,285.00 IN U.S. CURRENCY, ET AL, | |
| Defendants. | |
| MITCHELL MAGEE, | |
| Claimant. | |

PLEASE TAKE NOTICE of the following erratum to Government's Notice of Motion and Motion For An Order to Stay Civil Forfeiture Proceeding (Dkt. 26) filed on August 22, 2022. The government inadvertently uploaded the wrong order for the

motion. Attached hereto as Exhibit 1 is the Proposed Order Granting Plaintiff's United States of America's Motion for An Order to Stay This Civil Forfeiture Proceeding.

Dated: August 23, 2022         Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States
Chief, Asset Forfeiture Section


  /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA