MAXWELL COLL
Assistant United States Attorney, CA Bar No. 312651
1400 United States Courthouse, 312 N. Spring Street,
Los Angeles, CA 90012, Telephone: (213) 894-1785
Fax: (213) 894-0142 E-Mail: Maxwell.Coll@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-cv-00015-RGK-MAR |
| v. | |
| $217,285.00 IN U.S. CURRENCY, ET AL., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Non-Public Declaration Submitted In Camera By Plaintiff United States of America In Support of Plaintiff's Motion For An Order To Stay This Civil Forfeiture Proceeding. [Submitted In Camera Pursuant To Court's Order Filed August 30, 2022 As Docket No. 29]

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 31, 2022
_____
Date

MAXWELL COLL
_____
Attorney Name

UNITED STATES OF AMERICA
_____
Party Represented

*Note:* *File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*