E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture and Recovery Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
            Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:22-cv-00015-RGK-MAR |
|---|---|
| Plaintiff, | **PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION** |
| v. | |
| $217,285.00 IN U.S. CURRENCY, TWO ROLEX WATCHES AND ONE BREITLING WATCH, | |
| Defendants. | |
| MITCHELL MAGEE, | |
| Claimant. | |

1    Pursuant to the Court's Order filed October 5, 2022 on Plaintiff's Motion to Stay
2 This Civil Forfeiture Proceeding, the Court stayed this civil forfeiture action pursuant to
3 18 U.S.C. § 981(g) pending an ongoing related federal criminal investigation. Docket
4 No. 35. The Court's order instructed the government to file reports every ninety (90)
5 days regarding the status of the criminal investigation. Accordingly, the government is
6 hereby submitting this report regarding the status of the related federal criminal
7 investigation.
8    Approximately 30 days ago on December 5, 2022, the government submitted an
9 application, in four cases, for filing or lodging in camera a non-public declaration setting
10 forth the status of the ongoing related criminal investigation.[1] Mitchell Magee, the sole
11 claimant in the instant case, is also the sole claimant in one of those four cases, which
12 case is related to the instant case. See United States of America v. $600,980.00 in U.S.
13 Currency; Claimant Mitchell Magee, Case No. 2:21-cv-06965-RGK-MAR (involving
14 the seizure of the defendant $600,980.00 during the execution of a warrant at US Private
15 Vaults in March 2021, while the instant case involves the seizure of the defendants
16 $217,285.00 and three watches thereafter on July 15, 2021 at a different location). The
17 non-public declaration was filed in camera on December 6, 2022, after the Court granted
18 the government's application.
19    The non-public declaration submitted in camera on December 6, 2022 in
20 $600,980.00 in U.S. Currency reflects the status regarding the ongoing related criminal
21 investigation.[2] If the non-public declaration is deemed sufficient, and pursuant to the

---

[1] The four cases are (1) United States of America v. $305,000.00 in U.S. Currency; Claimant Michael Magee, Case No. 2:21-cv-06968-RGK-MAR; (2) United States of America v. $600,980.00 in U.S. Currency; Claimant Mitchell Magee, Case No. 2:21-cv-06965-RGK-MAR; (3) United States of America v. $399,000.00 in U.S. Currency and Miscellaneous Items of Jewelry; Claimant Derrick Polk, Case No. 2:21-cv-06966-RGK-MAR; and (4) United States of America v. $341,500.00 in U.S. Currency; Claimant Ike Roberts, Case No. 2:21-cv-06967-RGK-MAR.

[2] The Court can take judicial notice of the government's December 6, 2022 in camera filing of the non-public declaration in support of its status report in $600,980.00 in U.S. Currency, pursuant to Federal Rule of Evidence 201. See Myer v. Americo Lift, Inc., 469 F.3d 731, 732 n. 5 (8th Cir. 2006) (judicial notice of judgments); Burbank-

(footnote cont'd on next page)

Court's Order filed October 5, 2022, the government will submit its next report by March 6, 2023, which is earlier than 90 days of the filing of the instant status report. March 6, 2023 is the due date for filing status reports in the four cases mentioned in footnote 1 above, so the government will file its next status report in the instant case in coordination with the reports in the other cases, with an updated non-public declaration in support of the status report.

Dated: January 3, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

        /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

Glendale-Pasadena Airport Authority v. City of Burbank, 136 F.3d 1360, 1364 (9th Cir. 1998) (judicial notice of records in state court litigation).