1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$217,285.00 IN U.S. CURRENCY, TWO ROLEX WATCHES AND ONE BREITLING WATCH,<br><br>Defendants. | Case No. 2:22-cv-00015-RGK-MAR<br><br>**ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S APPLICATION PURSUANT TO 18 U.S.C. § 981(g)(5) AND LOCAL RULE 79-6 TO FILE OR LODGE IN CAMERA NON-PUBLIC DECLARATION IN SUPPORT OF PLAINTIFF'S STATUS REPORT REGARDING THE ONGOING RELATED FEDERAL CRIMINAL INVESTIGATION [38]** |
| MITCHELL MAGEE,<br><br>Claimant. | |

Plaintiff United States of America ("the government") has applied to this Court pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 for an order to file or lodge in camera a non-public declaration in support of the government's status report regarding the ongoing related federal criminal investigation.  Upon consideration of the application and the entire record, and good cause appearing therefor,

IT IS HEREBY ORDERED that the government's application is granted.  The non-public declaration in support of the government's status report regarding the

1  ongoing related federal criminal investigation shall be ~~filed or~~ lodged in camera pursuant

2  to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 and shall not be disclosed to any person,

3  including the person that has filed a claim in this action (i.e., claimant Mitchell Magee),

4  unless otherwise ordered by the Court.

5  Dated: ___3/6/2023_____    _____

6                                                                    THE HONORABLE R. GARY KLAUSNER
                                                                      UNITED STATES DISTRICT JUDGE

7

8  Presented By:

9  E. MARTIN ESTRADA
   United States Attorney
10  MACK E. JENKINS
   Assistant United States Attorney
11  Chief, Criminal Division
   JONATHAN GALATZAN
12  Assistant United States Attorney
   Chief, Asset Forfeiture and
13  Recovery Section

14  _____/s/_____

15  VICTOR A. RODGERS
   MAXWELL COLL
16  Assistant United States Attorneys
   Asset Forfeiture and Recovery Section
17
   Attorneys for Plaintiff
18  UNITED STATES OF AMERICA

19

20

21

22

23

24

25

26

27

28