1  LAW OFFICE OF ERIC HONIG
   Eric Honig - CA Bar No. 140765
2  P.O. Box 10327
   Marina del Rey, CA 90295
3  erichonig@aol.com
   Telephone: (310) 699-8051
4  Fax: (310) 943-2220

5  DAVID B. SMITH
   dbs@davidbsmithpllc.com
6  David B. Smith, PLLC
   108 North Alfred Street, 1st FL
7  Alexandria, VA 22314
   703-548-8911
8  Fax 703-548-8935
   *Pro Hac Vice*

9
   Attorneys for Claimant
10 MITCHELL MAGEE

11

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14                       WESTERN DIVISION

15
   UNITED STATES OF AMERICA,      )  Case No. 2:22-CV-00015-RKG-MAR
16                                )
        Plaintiff,                )
17                                )  CLAIMANT'S CONTINUING
        v.                        )  OBJECTION TO GOVERNMENT'S
18                                )  STATUS REPORT IN SUPPORT OF
   $217,285.00 IN U.S. CURRENCY,  )  STAY OF THIS CIVIL
19 ETC.                           )  FORFEITURE PROCEEDING
                                  )
20      Defendants.                )
                                  )
21 _____ )
                                  )
   MITCHELL MAGEE,                )
22                                )
        Claimant.                 )
23                                )
   _____ )

24
        Claimant Mitchell Magee ("Claimant"), by and through his counsel of
25
   record, hereby objects, and continues to object, to the limited content of the
26
   government's status report filed in support of maintaining the stay of this action,
27
   as follows:
28

1  The Court previously stated that in support of maintaining a stay, the government may file confidential supporting information in camera, pursuant to 18 U.S.C. § 981(g)(5). Clerk's Doc No. 53 in *United States of America v. $600,980.00 in U.S. Currency*, Case No. 2:21-cv-06965-RGK-MAR. The only information made public, however, is the government attorney's declaration, which contains his own opinion that the government's alleged basis for a stay should be kept secret:

> It is my opinion that good cause exists to file or lodge the non-public declaration in camera. The disclosure of the information in that declaration would adversely affect the conduct of a related federal criminal investigation. Such disclosure would allow for the disclosure to the parties involved in the illegal conduct that is under investigation and the public evidence and other information regarding the investigation.

Clerk's Doc. No. 38, Declaration of Victor A. Rodgers, p. 5, ¶2.

Claimant objects to this declaration and continues to object to the content of the government's status reports because this completely in camera filing is unfair to Claimant. Claimant believes and contends the government has not provided the court with a detailed explanation of why its criminal investigation is taking so long or how much more time it needs to complete the investigation. This case has been stayed for over five months. *See* Order, Clerk's Doc. No. 35.

The Court granted the government's request to file an in camera submission less than an hour after the government's filing of its sparse status report (Clerk's Doc. No. 37), before Claimant had sufficient time to file this objection. Order, Clerk's Doc. No. 39.

In its status report, the government was perfectly capable of providing a public, redacted version of the material it submitted in camera allegedly explaining the delay, without giving away sensitive details of its investigation. It did not do

1

so, however.  Accordingly, Claimant objects and continues to object to the government's in camera submissions that do not disclose to the Court or Claimant the expected or even estimated completion date of the government's investigation.

Dated: March 9, 2023            Respectfully submitted,

DAVID B. SMITH
(*pro hac vice*)

LAW OFFICE OF ERIC HONIG

*/s/ Eric Honig*
Eric Honig
Attorneys for Claimant
MITCHELL MAGEE

2