1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>$217,285.00 IN U.S. CURRENCY, TWO ROLEX WATCHES AND ONE BREITLING WATCH,<br><br>      Defendants.<br><br>MITCHELL MAGEE,<br><br>      Claimant. | Case No. 2:22-cv-00015-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S APPLICATION PURSUANT TO 18 U.S.C. § 981(g)(5) AND LOCAL RULE 79-6 TO FILE OR LODGE IN CAMERA NON-PUBLIC DECLARATION IN SUPPORT OF PLAINTIFF'S STATUS REPORT REGARDING THE ONGOING RELATED FEDERAL CRIMINAL INVESTIGATION** |

Plaintiff United States of America ("the government") has applied to this Court pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 for an order to file or lodge in camera a non-public declaration in support of the government's status report regarding the ongoing related federal criminal investigation.  Upon consideration of the application and the entire record, and good cause appearing therefor,

IT IS HEREBY ORDERED that the government's application is granted.  The non-public declaration, and future non-public declarations supporting the government's status reports regarding the ongoing related federal criminal investigation shall be filed

1   or lodged in camera pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 and shall not

2   be disclosed to any person, including the person that has filed a claim in this action (i.e.,

3   claimant Mitchell Magee), unless otherwise ordered by the Court.

4   Dated: _____          _____

5                                          THE HONORABLE R. GARY KLAUSNER
                                          UNITED STATES DISTRICT JUDGE
6

7   Presented By:

8   E. MARTIN ESTRADA
    United States Attorney
9   MACK E. JENKINS
    Assistant United States Attorney
10  Chief, Criminal Division
    JONATHAN GALATZAN
11  Assistant United States Attorney
    Chief, Asset Forfeiture and
12  Recovery Section

13  _____
           /s/
14  VICTOR A. RODGERS
    MAXWELL COLL
15  Assistant United States Attorneys
    Asset Forfeiture and Recovery Section
16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA

18

19

20

21

22

23

24

25

26

27

28