1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

| UNITED STATES OF AMERICA, | Case No. 2:22-cv-00015-RGK-MARx |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S APPLICATION PURSUANT TO 18 U.S.C. § 981(g)(5) AND LOCAL RULE 79-6 TO FILE OR LODGE IN CAMERA NON-PUBLIC DECLARATION IN SUPPORT OF PLAINTIFF'S STATUS REPORT REGARDING THE ONGOING RELATED FEDERAL CRIMINAL INVESTIGATION [44]** |
| v. | |
| $217,285.00 IN U.S. CURRENCY, TWO ROLEX WATCHES AND ONE BREITLING WATCH, | |
| Defendants. | |
| MITCHELL MAGEE, | |
| Claimant. | |

12
13
14
15
16
17
18
19
20

21    Plaintiff United States of America ("the government") has applied to this Court

22    pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 for an order to file or lodge in

23    camera a non-public declaration in support of the government's status report regarding

24    the ongoing related federal criminal investigation.  Upon consideration of the application

25    and the entire record, and good cause appearing therefor,

26    IT IS HEREBY ORDERED that the government's application is granted.  The

27    non-public declaration, and future non-public declarations supporting the government's

28    status reports regarding the ongoing related federal criminal investigation shall be filed

1 | or lodged in camera pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 and shall not

2 | be disclosed to any person, including the person that has filed a claim in this action (i.e.,

3 | claimant Mitchell Magee), unless otherwise ordered by the Court.

4 | Dated: __June 6, 2023__     _____

THE HONORABLE R. GARY KLAUSNER

5 | UNITED STATES DISTRICT JUDGE

6 |

7 | Presented By:

8 | E. MARTIN ESTRADA
United States Attorney

9 | MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

10 | JONATHAN GALATZAN
Assistant United States Attorney

11 | Chief, Asset Forfeiture and
Recovery Section

12 |

13 |

     ____/s/_____

14 | VICTOR A. RODGERS
MAXWELL COLL

15 | Assistant United States Attorneys
Asset Forfeiture and Recovery Section

16 | Attorneys for Plaintiff

17 | UNITED STATES OF AMERICA

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2